

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
david.bober@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROSANNA ALTAGRACIA LOPEZ,

                  Plaintiff,

                  - v. -

MICHAEL CHERTOFF, et al.,

                  Defendants.
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-08
```

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 4702 (VM)

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
        July __, 2008

LAW OFFICE OF
JOSHUA BARDAVID
Attorneys for Plaintiff

By: _____
JOSHUA BARDAVID, ESQ.
401 Broadway, 22d Floor
New York, NY 10013
(212) 219-3244

Dated: New York, New York
        July 22, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2718

SO ORDERED: 24 July 2008
_____
HON. VICTOR MARRERO
United States District Judge